Alphonse Fletcher, Jr.
48 Wall Street, Fourth Floor
New York, NY 10005
(212) 284-4800
AFletcher@Fletcher.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Chapter 11

| In re: | |
|---|---|
| SOUND VIEW ELITE LTD., et al Debtors. | Case No. 13-13098 (REG) (Jointly Administered) |
| ALPHONSE FLETCHER, JR.,(pro se) Appellants, v. CORINNE BALL, TRUSTEE. Appellees. | **NOTICE OF APPEAL BY ALPHONSE FLETCHER, JR., TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

Notice is hereby given that, pursuant to 28 U.S.C. §§ 158((a) and 158(d)(1) & 1291 and Federal Rule of Appellate Procedure 3(a)(1), Alphonse Fletcher, Jr. (*pro se*), appellant in the above-captioned action, hereby appeals to the United States District Court for the Southern District of New York from the Bankruptcy Court's August 7, 2014 Order Denying The Motion To Remove Chapter 11 Trustee, Dismiss This Action, And Other And Further Relief (Docket No. 306), a true and correct copy of which Order is attached hereto as Exhibit "A".

Dated: August 21, 2014
San Francisco, CA

_____
Alphonse Fletcher, Jr.
Party-in-Interest *pro se*
48 Wall Street, 4th Floor
New York, NY 10005
(212) 284-4800

**Exhibit A**

**Docket 306 - Order Denying Motion to Remove Trustee**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

In re                                                                              :    Chapter 11
                                                                                        :    Case No. 13-13098 (REG)
                                                                                        :
SOUNDVIEW ELITE LTD., *et al.*,                 :    (Jointly Administered)
                                                                                        :
                                        Debtors.                            :
                                                                                        :
------------------------------------------------------------ X

### ORDER DENYING THE MOTION TO REMOVE THE
### CHAPTER 11 TRUSTEE, DISMISS THIS ACTION, AND OTHER AND FURTHER RELIEF

This matter coming before the Court on the Motion To Remove Chapter 11 Trustee, Dismiss This Action, And Other And Further Relief (Docket No. 291) (the "**Motion**"), filed by Gerti Muho; the Court having reviewed the Motion, the Objection Of The Chapter 11 Trustee To The Motion To Remove Chapter 11 Trustee, Dismiss This Action, And Other And Further Relief (Docket No. 299), Alphonse Fletcher, Jr.'s Joinder In Part In The Chapter 11 Trustee's Objection To The Motion To Dismiss And In The Muho Motion To Remove The Chapter 11 Trustee (Docket No. 302), the Objection Of The Chapter 11 Trustee To Alphonse Fletcher, Jr.'s Joinder In Part In The Chapter 11 Trustee's Objection To The Motion To Dismiss And In The Muho Motion To Remove The Chapter 11 Trustee (Docket No. 303), and Gerti Muho's Response to Trustee's Objection to the Motion To Remove Chapter 11 Trustee, Dismiss This Action, And Other And Further Relief (Docket No. 305); and having considered the statements of counsel with respect to the Motion at a hearing before the Court on the Motion held on August 6, 2014 (the "**Hearing**"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding pursuant to 28 U.S.C. § 157;

IT IS HEREBY ORDERED THAT:

1. ~~The Motion is DENIED in its entirety for the reasons stated on the record.~~

For the reasons set forth on the record, the Motion is denied in each of its respects.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation, interpretation ~~and/~~or enforcement of this Order.

Dated: New York, New York
       August 7, 2014

                                              *s/ Robert E. Gerber*
                                              Honorable Robert E. Gerber
                                              United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2014, I served the foregoing motion via UPS Express, the CM/ECF Electronic Filing system, or electronic mail on the following:

| | |
|---|---|
| William K. Harrington<br>OFFICE OF THE UNITED STATES TRUSTEE, REGION 2<br>c/o<br>Richard C. Morrissey<br>Office of the United States Trustee<br>Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>(212) 510-0500, ext. 206<br>Email: Richard.Morrissey@usdoj.gov | |
| Veerle Roovers<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br>(212) 326-3945<br>Email: vroovers@jonesday.com<br>Attorney for the Chapter 11 Trustee | Amy Edgy Ferber<br>JONES DAY<br>1420 Peachtree Street, N.E.,<br>Suite 800<br>Atlanta, Georgia 30309-3053<br>(404) 581-8749<br>Email: aeferber@jonesday.com<br>Attorney for the Chapter 11 Trustee |

*Alphonse Fletcher, Jr.* (signature)

Alphonse Fletcher, Jr.
Party-in-Interest pro se
48 Wall Street, 4th Floor
New York, NY 10005
(212) 284-4800