# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

In re
**SOUNDVIEW ELITE LTD., et al., - Debtors.**

**Alphonse Fletcher, Jr. - Appellant**
(List the full name(s) of the plaintiff(s)/petitioner(s).)

**14** CV **7666** ( **JPO**)( )

-against-

**NOTICE OF APPEAL**

**CORINNE BALL, as Chapter 11 Trustee of**

**SOUNDVIEW ELITE LTD., - Appellee**
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: **Alphonse Fletcher, Jr.**

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: **April 13, 2015**
(date that judgment or order was entered on docket)

that: **denied to reconsider its Order dated December 12, 2014 (Dkt. No. 20) which affirmed the Bankruptcy Court's decision of August 7, 2014 regarding the conflicts and lack of disclosure of the chapter 11 trustee and her professionals.**

(If the appeal is from an order, provide a brief description above of the decision in the order.)

**May 6, 2015**
Dated                                     Signature*

**Fletcher, Alphonse**
Name (Last, First, MI)

**188 Minna Street,**   **San Francisco**   **CA**   **94105**
Address              City              State     Zip Code

**415-702-0070**                          AFletcher@Fletcher.com
Telephone Number                          E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13